# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN ZULEWSKI and others,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>THE HERSHEY COMPANY,<br><br>　　　　　　　Defendant. | Case Number 11-cv-05117 NC<br><br>**ORDER GRANTING APPLICATION TO APPEAR** *PRO HAC VICE*<br><br>Re: Docket No. 5 |

　　　David C. Feola, an active member in good standing of the bar of the Colorado Supreme Court, submitted an application under Civil Local Rule 11-3 to represent Plaintiffs in this action. Dkt. No 5.  The Court grants the application.

　　　IT IS SO ORDERED.

DATED: October 31, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 11-cv-05117 NC
ORDER GRANTING APPLICATION