1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   JULIE CAMPANELLI, et al.,     )
                                   )
12              Plaintiff(s),      )      No. C08-1862 BZ
                                   )      and
13         v.                      )      C11-5117 NC
                                   )
14   THE HERSHEY COMPANY,          )      **ORDER SCHEDULING STATUS
                                   )      CONFERENCE RE RELATING CASE**
15              Defendant(s).      )
                                   )
16   _____)

17        It is hereby **ORDERED** that a status conference to address

18   the related case issue is scheduled for Tuesday, **January 10,**

19   **2012 at 2:00 p.m.,** in Courtroom C, 15th Floor, Federal

20   Building, 450 Golden Gate Avenue, San Francisco, California

21   94102.  Any counsel who wishes to appear by telephone shall

22   contact **CourtCall**, telephonic court appearances at **1-888-882-**

23   **6878**, and make arrangements for the telephonic conference

24   call.

25   Dated: January 9, 2012

26                              _____
                                     Bernard Zimmerman
27                              United States Magistrate Judge

28   G:\BZALL\ARCHIVE\BZ CONSENT CASES\BZCASES.6\CAMPANELLI V. HERSHEY\ORDER SETTING TEL
     CONF RE RELATING CASE.wpd