# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN ZULEWSKI, JOHN DAVIS, ALEX LANGAN, NICHOLAS ESPOSITO, BRANDON TURNER, SHARRELL FISHER, JAY COOK, MARKESSA CARTER, RACHEL ECKROTH, CHRISTINA TYSON, SHANE HUEY, DOMINICK IPPOLITO, ROBERT CHURNEY, HARRY KLOS, CONSTANCE COLE, BRITTANY DANGERFIELD, TRACY DEBUS, TERESA FLORES, CASSANDRA HALE, BRETT KITTERMAN, AMY KRAMER, CHRIS LANDERS, KIMBERLY LEKARCYK, TYLER MCKENZIE, ANDREW MEEK, DAVID RISSER, SUSAN SPOHN, MIKE THOMPSON, YOLANDA TURNER, JENNA VERRASTRO, and ERIN WADLEY, on their own behalf and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>THE HERSHEY COMPANY,<br><br>　　　　　　　　Defendant. | Case No. 3:11-CV-05117 NC<br><br>**STIPULATED [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL CIVIL RULE 3-12** |

On January 6, 2012, the Parties filed a stipulated administrative motion to consider whether the following cases should be related pursuant to Civil Local Rules 3-12 and 7-11:

1. *Zulewski, et al. v. Hershey Co.*, U.S. District Court in and for the Northern District of California, San Francisco Division, Case No. 3:11-CV-05117 NC (the "*Zulewski* Action"); and

2. *Campanelli, et al. v. Hershey Co.*, U.S. District Court in and for the Northern District of California, San Francisco Division, Case No. ~~4:10-CV-04672 EDL~~ 3:08-CV-1862 BZ (the "*Campanelli* Action").

Having considered the papers submitted in support of the Parties' motion, the Court, for good cause shown, hereby **GRANTS** the motion.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:11-CV-05117 NC
STIPULATED [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL CIVIL RULE 3-12

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED THAT** the *Zulewski* Action is designated as related to the *Campanelli* Action and is re-assigned to Magistrate Judge Zimmerman.

Dated: January  10  2012           By _____*Bernard Zimmerman*_____
                                       BERNARD ZIMMERMAN   , J.
                                       UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:11-CV-05117 NC
STIPULATED [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL CIVIL RULE 3-12