UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYAN ZULEWSKI, et al., | ) | |
| Plaintiff(s), | ) | No. C11-5117 BZ |
| v. | ) | |
| THE HERSHEY COMPANY, | ) | **ORDER RE NOTICE** |
| Defendant(s). | ) | |

Following several hearings at which all parties were represented by counsel and having read and considered both parties' proposed form of notice, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. Defendant's request for the use of a third-party administrator is **DENIED**. Defendant **SHALL** provide the last known addresses for all putative collective action members to Plaintiffs' counsel by **May 11, 2012**.

2. Plaintiffs **SHALL** send out the notices attached to this order by **May 22, 2012**.

3. The notices shall be sent out by first class mail to all recipients, including current employees. If any of the

1

mailed notices are returned as undeliverable, defendant **SHALL** provide plaintiffs with any contact information available for those individuals.

    4. Recipients of the notices shall have until **June 30, 2012**, to return the consent to join form.

    5. Plaintiffs **SHALL** file the consents on ECF as they arrive.

Dated: May 4, 2012

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ZULEWSKI V. THE HERSHEY CO\ORDER re NOTICE.wpd