United States District Court
Northern District of California

RYAN ZULEWSKI, et al.,

    Plaintiffs,

    v.

THE HERSHEY COMPANY,

    Defendant.

Case No.: CV 11-05117 KAW

ORDER TO DISMISS PLAINTIFFS SHANE HUEY AND MARK TURNER

On August 6, 2012, the parties filed a stipulation and proposed order to dismiss the actions of Plaintiffs Shane Huey[1] and Mark Turner[2] against Defendant The Hershey Company with prejudice. *See* Dkt. 209. The parties agree to bear their own attorney's fees and costs regarding these two plaintiffs. *Id.*

IT IS THEREFORE ORDERED that the actions of Plaintiffs Shane Huey and Mark Turner against Defendant are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with the parties bearing their own fees and costs.

IT IS SO ORDERED.

Dated: August 6, 2012

KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] Mr. Huey was a named plaintiff in this action. *See* Dkt. 1.
[2] Mr. Turner opted-in to this action by signing the consent form dated June 14, 2012, timely filed on June 25, 2012. *See* Dkt. 171.