United States District Court
Northern District of California

RYAN ZULEWSKI, et al.,

    Plaintiffs,

    v.

THE HERSHEY COMPANY,

    Defendant.

Case No.: CV 11-05117 KAW

ORDER RE: CASE MANAGEMENT CONFERENCE

The parties appeared on November 20, 2012 for their Initial Case Management Conference.

In order to assist the Court in making an early determination as to the proper calculation of FLSA overtime damages, the parties shall each file a brief, not to exceed ten (10) pages, on or before December 7, 2012. The Court will hear this issue on January 17, 2013. A further Case Management Conference (CMC) will follow the hearing.

The trial date for this action is set for October 7, 2013. The parties have agreed to meet and confer regarding the scheduling of pretrial deadlines, and will provide their proposed dates to the Court by December 7, 2012.

Plaintiffs have until December 14, 2012 to file their motion seeking leave to file a Second Amended Complaint and to seek collective action certification for a retaliation claim.

The resolution of those discovery disputes contained in the 10/31/12 Joint Discovery Letter will be addressed separately.

IT IS SO ORDERED.

Dated: November 20, 2012

KANDIS A. WESTMORE
United States Magistrate Judge