United States District Court
Northern District of California

RYAN ZULEWSKI, et al.,

       Plaintiffs,

   v.

THE HERSHEY COMPANY,

       Defendant.

Case No.: CV 11-05117 KAW

ORDER VACATING MOTION HEARING ON DEFENDANT THE HERSHEY COMPANY'S MOTION TO DENY CLASS CERTIFICATION

     On January 17, 2013, The Hershey Company renoticed its Motion to Deny Class Certification. (Dkt. No. 232.)  The matter is fully briefed by the parties, and, in accordance with Civil L.R. 7-1(b), is deemed suitable for disposition without hearing.  The February 21, 2013 hearing date is hereby VACATED, and the pending motion will be decided on the papers.

     IT IS SO ORDERED.

Dated: February 14, 2013

KANDIS A. WESTMORE
United States Magistrate Judge