THE BRANDI LAW FIRM
THOMAS J. BRANDI (CA Bar No. 53208)
BRIAN J. MALLOY (CA Bar No. 234882)
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile:  (415) 989-1801
Email: tjb@brandilaw.com

HOBAN & FEOLA, LLC
DAVID C. FEOLA* (CO Bar No. 18789)
1626 Wazee Street, Suite 2A
Denver, Colorado 80202
Phone: 303-674-7000, Ext. 2
Facsimile: 303-382-4685
Email:  David@Feolalaw.com

* *Admitted pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ZULEWSKI, et al., | Case No.: 4:11-CV-05117-KAW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CERTAIN PRE-TRIAL DEADLINES** |
| v. | |
| THE HERSHEY COMPANY, | |
| Defendant. | |

1

On January 29, 2013, this Court entered a Case Management and Pretrial Order For Jury Trial (Docket No. 236) setting deadlines in this matter, including the close of non-expert discovery on May 20, 2013, disclosure of expert witnesses and reports on May 20, 2013, disclosure of rebuttal expert witnesses and reports on June 3, 2013 and close of expert discovery on June 17, 2013.

Due to the parties' agreement to spend time preparing for and engaged before a private mediator, the parties have conferred and seek to extend the above deadlines by 14 days as follows:

> All non-expert discovery shall be completed by **June 3, 2013.**
> Experts shall be disclosed and reports provided by **June 3, 2013.**
> Rebuttal experts shall be disclosed and reports provided by **June 17, 2013.**
> All discovery from experts shall be completed by **July 1, 2013.**

No other changes in the Case Management and Pretrial Order For Jury Trial (Docket No. 236) are being sought.

Dated: April 11, 2013          THE BRANDI LAW FIRM

By: /s/ Brian J. Malloy
    Brian J. Malloy

Attorneys for Plaintiffs

Dated: April 11, 2013          MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Michael J. Puma
    Michael J. Puma

Attorneys for Defendant
THE HERSHEY COMPANY

2

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CERTAIN PRE-TRIAL DEADLINES - Case No.: 4:11-CV-05117-KAW

# ORDER

**PURSANT TO STIPULATION, IT IS SO ORDERED.**

All non-expert discovery shall be completed by **June 3, 2013.**
Experts shall be disclosed and reports provided by **June 3, 2013.**
Rebuttal experts shall be disclosed and reports provided by **June 17, 2013.**
All discovery from experts shall be completed by **July 1, 2013.**

Dated: 4/15/13

_____
The Hon. Kandis A. Westore
United States Magistrate Judge

3

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CERTAIN PRE-TRIAL DEADLINES - Case No.: 4:11-CV-05117-KAW