THE BRANDI LAW FIRM
THOMAS J. BRANDI (CA Bar No. 53208)
BRIAN J. MALLOY (CA Bar No. 234882)
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile:  (415) 989-1801
Email: tjb@brandilaw.com

HOBAN & FEOLA, LLC
DAVID C. FEOLA* (CO Bar No. 18789)
1626 Wazee Street, Suite 2A
Denver, Colorado 80202
Phone: 303-674-7000, Ext. 2
Facsimile: 303-382-4685
Email:  David@Feolalaw.com

* *Admitted pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ZULEWSKI, et al., ) | Case No.: 4:11-CV-05117-KAW |
| Plaintiffs, ) | **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO VACATE PENDING DEADLINES** |
| v. ) | |
| THE HERSHEY COMPANY, ) | |
| Defendant. ) | |

1

JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO VACATE PENDING DEADLINES - Case No.: 4:11-CV-05117-KAW

This Joint Notice of Settlement In Principle and Request to Vacate Pending Deadlines is entered into between Plaintiffs and defendant The Hershey Company ("Hershey"):

1. On April 20, 2013, the parties engaged in private mediation. As of April 24, 2013, the parties have reached a settlement in principle in the above-captioned matter. The parties are currently memorializing this settlement (including terms relating to confidentiality) in the form of a Stipulation of Collective Action Settlement and Release.

2. In light of the above, the parties request that the Court vacate all pending deadlines.

3. The parties intend on filing an unopposed motion for approval of the collective action settlement in May and will request that the Court set an approval hearing in June or as soon thereafter as is convenient for the Court.

Dated: April 29, 2013         THE BRANDI LAW FIRM


                              By: /s/ Brian J. Malloy
                                   Brian J. Malloy

                              Attorneys for Plaintiffs

Dated: April 29, 2013         MORGAN, LEWIS & BOCKIUS LLP


                              By: /s/ Michael J. Puma
                                   Michael J. Puma

                              Attorneys for Defendant
                              THE HERSHEY COMPANY