THE BRANDI LAW FIRM
THOMAS J. BRANDI (CA Bar No. 53208)
BRIAN J. MALLOY (CA Bar No. 234882)
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801
Email: tjb@brandilaw.com

HOBAN & FEOLA, LLC
DAVID C. FEOLA* (CO Bar No. 18789)
1626 Wazee Street, Suite 2A
Denver, Colorado 80202
Phone: 303-674-7000, Ext. 2
Facsimile: 303-382-4685
Email: David@Feolalaw.com

* *Admitted pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| RYAN ZULEWSKI, et al.,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>THE HERSHEY COMPANY,<br><br>　　　　　Defendant. | Case No. 4:11-cv-05117-KAW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS PLAINTIFF ANDREA GRAHAM** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Defendant The Hershey Company and Plaintiffs hereby stipulate and agree that opt-in plaintiff Andrea Graham (Docket No. 136) be dismissed with prejudice from this action, Case No. 4:11-cv-05117-KAW, with the Parties bearing their own attorney's fees and costs regarding this plaintiff.

**IT IS SO STIPULATED.**

Dated: July 2, 2013

By: /s/ Michael Puma
Michael Puma

Attorneys for Defendant
THE HERSHEY COMPANY

Dated: July 2, 2013

By: /s/ Brian J. Malloy
Brian J. Malloy

Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 7/3/13

Hon. Kandis A. Westmore
Magistrate Judge
United States District Court
Northern District of California